IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KELVIN DEMETRIS PEACOCK, ) <br> #187 315, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JEFFERSON S. DUNN, *et al.*, ) <br> ) <br> Defendants. ) | CASE NO. 2:20-CV-401-WKW <br> [WO] |

## **ORDER**

On November 4, 2020, the Magistrate Judge filed a Recommendation to which Plaintiff filed an objection. (Docs. # 33, 34.) Upon a *de novo* review of the Recommendation and the record, *see* 28 U.S.C. § 636(b), it is ORDERED that the objection (Doc. # 34) is OVERRULED and that the Recommendation (Doc. # 33) is ADOPTED. Accordingly, it is ORDERED that Plaintiff's motion for preliminary injunction (Doc. # 1) is DENIED.

DONE this 23rd day of November, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE