IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KELVIN DEMETRIS PEACOCK, AIS 187315, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) )   CASE NO. 2:20-CV-401-WKW )                  [WO] |
| JEFFERSON S. DUNN, Commissioner, in his individual capacity, *et al.*, | ) ) ) ) ) |
| Defendants. | ) |

## ORDER

On March 24, 2023, the Magistrate Judge filed a Recommendation that this action be dismissed without prejudice. (Doc. # 50.) No timely objections have been filed. Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 14th day of April, 2023.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE